Case 2:04-bk-29155-MT    Doc 40-1    Filed 12/10/04    Entered 12/13/04 00:00:00    Desc
Main Document    Page 1 of 10

**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | |
|---|---|
| JOON W. SONG (SBN 180726)<br>THE SONG LAW GROUP, APLC<br>818 West 7th Street, Suite 900<br>Los Angeles, California 90017<br>(213) 622-1300<br>(213) 622-1301 Fascimile | 12/10/2004    **FILED**    18:01<br>**LA04-29155MT**<br>DEBTOR:<br>    GARCIA, MARTHA MARIA<br>JUDGE: HON. M. Tighe - 667<br>TRUSTEE:<br>CHAPTER: 13    MOTION |
| ☐ Individual appearing without counsel<br>☒ Attorney for: WILSHIRE STATE BANK, Secured Creditor | CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIF. ID: 752<br>RECEIPT NO: LA-037939 $ 150.00 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MARTHA MARIA GARCIA | CHAPTER: 13 |
|---|---|
| | CASE NO.: LA 04-29155-MT |
| | DATE: January 4, 2005<br>TIME: 10:30 a.m.<br>CTRM: 1675<br>FLOOR: 16th Floor |
| Debtor(s). | |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
#### (MOVANT: <u>WILSHIRE STATE BANK</u>)

**(Real Property)** 3549 East Cesar Chavez Avenue
Los Angeles, California 90063

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any) ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. Hearing Location:
   - ☒ 255 East Temple Street, Los Angeles
   - ☐ 411 West Fourth Street, Santa Ana
   - ☐ 21041 Burbank Boulevard, Woodland Hills
   - ☐ 1415 State Street, Santa Barbara
   - ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED NOTICE. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence may be filed and served:
   ☐ at the hearing   ☐ at least ____ court days before the hearing.
   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
   (3) ☐ A Motion for Order Shortening time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: December 10, 2004

JOON W. SONG, ESQ.
*Print Name of Individual Movant or Attorney for Movant*

THE SONG LAW GROUP, APLC
*Print Law Firm Name (if applicable)*

_____
*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004

**F 4001-1M.RP**
BK350RP

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| MARTHA MARIA GARCIA | | CASE NO.: |
| | Debtor(s). | LA 04-29155-MT |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(MOVANT: WILSHIRE STATE BANK )

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to following real property (the "Property"):
   - **Street Address:** 3549 East Cesar Chavez Avenue
   - **Apartment/Suite No.:**
   - **City, State, Zip Code:** Los Angeles, California 90063

   Legal description or document recording number (including county of recording): See Exhibit 5 to accompanying Supplemental Declaration of Eleanor Martinez
   See attached continuation page.

2. **Case History:**
   a. X A voluntary ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 X 13 was filed on *(specify date)*:
   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:
   c. ☐ Plan was confirmed on *(specify date)*:
   d. X Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**
   a. X Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:
      (1) X Movant's interest in the Property is not adequately protected.
         (a) X Movant's interest in the collateral is not protected by an adequate equity cushion.
         (b) ☐ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.
         (c) ☐ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).
         (d) ☐ Payments have not been made as required by an Adequate Protection Order previously granted in this case.
      (2) X The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
         (a) X Movant is the only creditor or one of very few creditors listed on the mater mailing matrix.
         (b) ☐ The Property was transferred to Debtor(s) either just before the bankruptcy filing or since the filing.
         (c) ☐ Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.
         (d) X Other bankruptcy cases have been filed asserting an interest in the same Property.
         (e) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No other Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) have been filed.
      (3) X *(Chapter 12 or 13 cases only)*
         (a) X Postconfirmation plan payments have not been made to the Standing Trustee.
         (b) X Postconfirmation payments required by the confirmed plan have not been made to Movant.
      (4) X For other cause for relief from stay, see Supp. Martinez Decl.
   b. X Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.
   c. ☐ Pursuant to 11 U.S.C. § 362(d)(3), Debtor(s) has/have not satisfied the requirements of this section because of a failure to:
      (1) ☐ Commence payments; or
      (2) ☐ File a reasonable Plan of Reorganization within 90 days of the petition date.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004

F 4001-1M.RP

Motion for Relief from Stay (Real Property) - Page 3 of 8

F 4001-1M.RP

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| MARTHA MARIA GARCIA | | CASE NO.: |
| | Debtor(s). | LA 04-29155-MT |

4. [ ] Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. [X] Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. [X] Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional admissible evidence in support of this Motion.
   c. [X] Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor(s)'s Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __1__   to accompanying Declaration of
   d. [ ] Other evidence *(specify)*:                                                                                       Joon W. Song.

6. [X] An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.
2. [ ] Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).
3. [X] Additional provisions requested:
   a. [X] That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   c. [X] That the 10-day stay described by Bankruptcy Rule 4001(a)(3) be waived.
   d. [X] That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.
   e. [ ] For other relief requested, see attached continuation page.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: December 10, 2004

Respectfully submitted,

WILSHIRE STATE BANK
*Movant Name*

THE SONG LAW GROUP, APLC
*Firm Name of Attorney for Movant (if applicable)*

By: _____
    *Signature*

Name: JOON W. SONG, ESQ.
*Typed Name of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

F 4001-1M.RP

Motion for Relief from Stay - *Page* 3a *a of* 8

**F 4001-1M.ER**

| In re<br>MARTHA MARIA GARICA | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA 04-29155 MT |

## *(OPTIONAL)*
## EXTRAORDINARY RELIEF ATTACHMENT
### (MOVANT: WILSHIRE STATE BANK )

*(This Attachment is the continuation page for Paragraph 3d of the Relief From Stay Motion)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings or otherwise, Movant also asks that the Order include the following provisions:

1. [X] That the Order be binding and effective in any bankruptcy case commenced by or against the above-named Debtor(s) for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

2. [X] That the Order be binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of this Motion
   [X] without further notice.
   [ ] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. [X] That the Order be binding and effective in any bankruptcy case commenced by or against any Debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of this Motion
   [X] without further notice.
   [ ] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. [X] That the Order be binding and effective in any future bankruptcy case, no matter who the Debtor(s) may be
   [X] without further notice.
   [ ] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. [X] That the Debtor(s) be enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of this Motion, and any transfer in violation of this Order be deemed void.

6. [X] That the Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this Motion
   [X] without further notice.
   [ ] upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. [ ] Other *(specify)*:

---

Revised May 2004

**F 4001-1M.ER**

This form is OPTIONAL TO THE JUDGE and may only be used if the judge to whom the case has been assigned allows such extraordinary relief to be requested by motion. Many judges require the filing of an adversary proceeding to obtain some or all of these forms of relief.

BK350ER

Motion for Relief from Stay (Real Property) - *Page 4 of* 8     **F 4001-1M.RP**

| In re<br>MARTHA MARIA GARCIA | (SHORT TITLE) | CHAPTER: 13<br>CASE NO.: |
|---|---|---|
| | Debtor(s). | LA 04-29155-MT |

# REAL PROPERTY DECLARATION

## (MOVANT: WILSHIRE STATE BANK )

I, ELEANOR MARTINEZ
*(Print Name of Declarant)*, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion ("Property") because *(specify)*:

   ☐ I am the Movant and owner of the Property.
   ☐ I manage the Property as the authorized agent for the Movant.
   ☒ I am employed by Movant as *(state title and capacity)*: First Vice President & Manager of Special Assets Department
   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to loans and extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. a. The address of the Property that is the subject of this Motion is:
   Street Address: 3549 East Cesar Chavez Avenue
   Apartment/Suite No.:
   City, State, Zip Code: Los Angeles, California 90063

   b. The legal description or document recording number (including county of recording) set forth in Movant's Deed of Trust is attached as Exhibit 5 to the accompanying Supplemental Declaration of Eleanor Martinez ("Supp. Martinez Decl.")
   ☐ See attached page.

4. Type of property *(check all applicable boxes)*:
   a. ☐ Debtor's(s') principal residence      b. ☐ Other single family residence
   c. ☐ Multi-unit residential               d. ☒ Commercial
   e. ☐ Industrial                           f. ☐ Vacant land
   g. ☐ Other *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004                                                                 **F 4001-1M.RP**

F 4001-1M.RP

| In re<br>MARTHA MARIA GARCIA | (SHORT TITLE) | CHAPTER: 13<br>CASE NO.: |
|---|---|---|
| | Debtor(s). | LA 04-29155-MT |

5. Nature of Debtor's(s') interest in the Property:
   a. ☐ Sole owner
   b. ☒ Co-owner(s) *(specify)*: with Debtor's mother Martha Ramos
   c. ☐ Lien holder *(specify)*:
   d. ☐ Other *(specify)*:
   e. ☒ Debtor(s)  ☒ did  ☐ did not  list the Property in the Schedules filed in this case.
   f. ☐ Debtor(s) acquired the interest in the Property by  ☐ grant deed  ☐ quitclaim deed  ☐ trust deed
      The deed was recorded on:

6. Amount of Movant's claim with respect to the Property:
   a. Principal:                                              $ _Please see accompanying_
   b. Accrued PREPETITION Payment Arrearages:                 $ _Supp. Martinez Decl._
   c. Accrued POSTPETITION Payment Arrearages:                $ _for further detail._
   d. Costs (Attorney's Fees, Late Charges, Other Costs):     $ _____
   e. Advances (Property Taxes, Insurance):                   $ _____
   f. TOTAL CLAIM as of _December 10, 2004_ :                 $ _629,071.80_
   g. ☐ Loan is all due and payable because it matured on *(specify date)*:

7. Movant holds a  ☒ deed of trust  ☐ judgment lien  ☐ other *(specify)*
   that encumbers the Property.
   a. A true and correct copy of the document as recorded is attached as Exhibit _5_ to Supp. Martinez Decl.
   b. A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibits _1-5_ to Supp. Martinez Decl.
   c. ☐ A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit _____

8. Status of Movant's claim relating to the Property *(fill in all applicable information requested below)*:
   a. Current interest rate: 6.5 (prime plus 2.5)
   b. Contractual maturity date: November 19, 2011
   c. Amount of current monthly payment: $ 5,015.04
   d. Number of PREPETITION payments that have come due and were not made: 13
   e. Number of POSTPETITION payments that have come due and were not made: 3
   f. Date of POSTPETITION default: Sept. 14, 2004
   g. Last payment received on the following date: Sept. 2, 2003
   h. Notice of default recorded on the following date: Jan. 14, 2004
   i. Notice of sale recorded on the following date: May 12, 2004
   j. Foreclosure sale originally scheduled for the following date: May 25, 2004
   k. Foreclosure sale currently scheduled for the following date: December 22, 2004
   l. Foreclosure sale already held on the following date:
   m. Trustee's deed on sale already recorded on the following date:
   n. Future payments due by time of anticipated hearing date *(if applicable)*: $5,015.04 due 12/14/04
      An additional payment of $ _5,015.04_ will come due on _12/14/04_, and on the _4th_ day of each month thereafter. If the payment is not received by the _24th_ day of the month, a late charge of $ _250.75_ will be charged to the loan.

9. Attached hereto as Exhibit _____ is a true and correct copy of a POSTPETITION payment history that accurately reflects the dates and amounts of all payments made by the Debtor(s) since the petition date. None.

*(Continued on next page)*

Revised May 2004

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 4001-1M.RP

F 4001-1M.RP

| In re<br>MARTHA MARIA GARCIA | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA 04-29155-MT |

10. **X** *(Chapter 7 and 11 cases only):* The fair market value of the entire Property is $ 220,000.00 , established by:
   a. ☐ Appraiser's declaration with appraisal attached herewith as Exhibit ____ .
   b. ☐ A real estate broker or other expert's declaration regarding value attached as Exhibit ____ .
   c. ☐ A true and correct copy of relevant portion(s) of Debtor's(s') Schedules attached as Exhibit ____ .
   d. **X** Other *(specify):* See accompanying Supp. Martinez Decl.

11. ☐ The fair market value of the Property is declining based on/due to:

12. **X** **Calculation of equity in Property**
   a. Based upon ☐ a preliminary title report ☐ Debtor's(s') admissions in the schedules filed in this case, the Property is subject to the following deed(s) of trust or lien(s) in the amounts specified securing the debt against the Property:

| | **Name of Holder** | **Amount as Scheduled by Debtor(s) (if any)** | **Amount Known to Declarant and Source** |
|---|---|---|---|
| 1st Deed of Trust: | Paid off by Movant | to avoid foreclosure | $146,330.96 paid |
| 2nd Deed of Trust: | Wilshire State Bank | $440,000 | $ 629,071.80 |
| 3rd Deed of Trust: | | | |
| Judgment Liens: | | | |
| Taxes: | | | |
| Other: | | | |

**TOTAL DEBT: $ 629,071.80**

   b. Evidence establishing the existence of the above deed(s) of trust and lien(s) is attached as Exhibit ____ , and consists of:
      ☐ Preliminary title report
      **X** Relevant portions of Debtor's(s') Schedules as filed in this case
      **X** Other *(specify):* Information obtained by movant Wilshire State Bank (please see accompanying Declaration of Eleanor Martinez.

   c. Subtracting the deed(s) of trust and other lien(s) set forth above from the value of the Property as set forth in Paragraph 10 above, the Debtor's(s') equity in the Property is $ None (§ 362(d)(2)(A)).

   d. The value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $ None (§ 362(d)(1)).

   e. Estimated costs of sale: $ _____ (Estimate based upon ____ % of estimated gross sales price)

13. **X** *(Chapter 12 and 13 cases only)* Chapter 12 or 13 case status information:

   a. 341(a) Meeting currently scheduled for (or concluded on) the following date: December 14, 2004
      Confirmation hearing currently scheduled for (or concluded on) the following date: December 14, 2004
      Plan confirmed on the following date *(if applicable)*:

   b. Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:
      *(Number of)* 3.00 payment(s) due at $ $2,111.22 each = $ 6,333.66
      *(Number of)* _____ payment(s) due at $ _____ each = $ _____
      *(Number of)* _____ late charge(s) at $ _____ each = $ _____
      *(Number of)* _____ late charge(s) at $ _____ each = $ _____

   c. Postpetition/preconfirmation advances or other charges due but unpaid:                              $ _____
      (See attachment for details of type and amount.)

                    **TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:** $ 6,333.66
                              *(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004

F 4001-1M.RP

DEC-10-2004 FRI 02:30 PM                              FAX NO.                                    P. 05/09

Motion for Relief from Stay (Real Property) - Page 7 of 8

**F 4001-1M.RP**

In re (SHORT TITLE)
MARTHA MARIA GARCIA

CHAPTER: 13

Debtor(s).   CASE NO.: LA 04-29155-MT

d. Postconfirmation payments due BUT REMAINING UNPAID since plan confirmation (if applicable):
   (Number of) __3.00__ payment(s) due at $ __5,015.04__ each = $ __15,045.12__
   (Number of) _____ payment(s) due at $ _____ each = $ _____
   (Number of) _____ late charge(s) at $ _____ each = $ _____
   (Number of) _____ late charge(s) at $ _____ each = $ _____

e. Postconfirmation advances or other charges due but unpaid:
   (See attachment for details of type and amount.)                          $ _____

**TOTAL POSTCONFIRMATION DELINQUENCY:**                                      $ __15,045.12__

f. [X] The claim is provided for in the Chapter 12 or 13 Plan. Plan payment history is attached as Exhibit __NONE__.

g. [ ] See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan (attach Court Form F 4001-1M.13).

14. [ ] Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

15. [ ] The Property qualifies as single asset real estate and
    a. [ ] More than 90 days has passed since the filing of the petition and Debtor(s) has/have not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or
    b. [ ] Debtor(s) has/have not commenced the monthly payments to Movant as required by 11 U.S.C. § 362(d)(3)(B).

16. [X] Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:
    a. Case Name: In re Martha Ramos (mother of Debtor & co-owner of property)
       Case Number: 04-21719MT       Chapter: 13
       Date Filed: 5/24/04            Date Dismissed: 6/9/04
       Relief from stay re this property   [ ] was   [ ] was not granted.
    b. Case Name: In re Martha Ramos (mother of Debtor & co-owner of property)
       Case Number: 04-24469MT       Chapter: 7
       Date Filed: 6/30/04            Date Dismissed: 7/21/04
       Relief from stay re this property   [ ] was   [ ] was not granted.
    c. [ ] See attached continuation page for more information about other cases.

17. [X] Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions set forth in paragraph 8 above that were taken after the filing of the bankruptcy petition in this case.
    a. [X] These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.
    b. [ ] Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 16 above.
    c. [ ] For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on __December 10__, __2004__, at __Los Angeles, California__ (city, state).

ELEANOR MARTINEZ
Print Declarant's Name                                         Signature of Declarant

Revised May 2004   This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - Page 8 of 8

**F 4001-1M.RP**

| In re<br>MARTHA MARIA GARCIA | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 13<br>CASE NO.:<br>LA 04-29155-MT |
|---|---|---|

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

1. I am over the age of 18 and not a party to the within action. My business address is as follows:
   THE SONG LAW GROUP, A PROFESSIONAL LAW CORPORATION
   818 WEST 7TH STREET, SUITE 900
   LOS ANGELES, CALIFORNIA 90017

2. **Regular Mail Service:** On DECEMBER   , 2004            , pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at LOS ANGELES            California, addressed as set forth on the attached list.

   **NOTE:** If the Notice and Motion have been served pursuant to an Order Shortening Time ("Order"), you must file a Proof of Service that indicates that the notice and service requirements contained in the Order have been met.

3. **See attached list for names and addresses of all parties and counsel that have been served.** *(In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtor(s), Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee or 20 largest unsecured creditors, etc.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: DECEMBER    , 2004

SARA HWANG
*Typed Name*

*Signature*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 4001-1M.RP**

## SERVICE LIST

1

2   Martha Maria Garcia
    513 South Chicago Street
3   Los Angeles, California 90053
4   *Debtor*

5

6   Kathy A. Dockery
    700 South Flower Street, Suite 1950
7   Los Angeles, California 90017
8   *Chapter 13 Trustee*

9
    United States Trustee
10  725 South Figueroa Street, 26th Floor
11  Los Angeles, California 90017-5418

12
    Select Portfolio Service
13  P.O. Box 9001710
14  Louisville, KY 40290

15
    Foreclosure Consultant
16  8180 E. Kaiser Blvd.
17  Anaheim Hills, CA 92808

18
    Law Office of Steven
19  J. Melmet, Inc.
20  2912 S. Daimelr St.
    Santa Ana, CA 92705
21

22  SBC Pacific Bell
23  C/O FIN CR NETWORK
    1300 W. Main Street
24  Visalia, CA 93277

25

26

27

28